MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
1001 Sixth Street, Suite 400
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

**OK/HAV**

Attorney for Defendant
ROBERTO ROMERO-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S- 04-096 DFL |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | Date: 11-17-05 |
| **ROBERTO ROMERO-ROSAS**, | Time: 10:00 a.m. |
| Defendants. | Judge: Hon. David F. Levi |

    Counsel for the defendant Romero-Rosas is currently in a conspiracy to commit murder trial in Department 11 of the Sacramento County Superior Court (Judge Ohanesian). The trial is estimated to be in session through the first week of December, 2005. However, the trial is not in session on Fridays. Therefore, it is requested that the sentencing hearing set for November 17, 2005, at 10:00 a.m. be continued to Friday, November 18, 2005, at 11:00 a.m. AUSA Mary Grad does not oppose this request.

    This request only applies to defendant Romero-Rosas. It does not apply to the other four defendants in case 04-096 DFL.

**STIPULATION**

Plaintiff, United States, and defendant Roberto Romero-Rosas, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the sentencing hearing to November 18, 2005 at 11:00 a.m.. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of November 17, 2005, until November 18, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T2, for continuity of counsel.

**IT IS SO STIPULATED.**

DATED:    November 14, 2005            McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary Grad, Esq. by
                                        by Michael D. Long w/
                                        Ms. Grad's approval


DATED:    November 14, 2005            /s/ Michael Long
                                        Attorney at Law

                                        Attorney for Defendant Romero-Rosas

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
1001 Sixth Street, Suite 400
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
ROBERTO ROMERO-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERTO ROMERO-ROSAS,<br><br>　　　　　Defendants. | Cr. S- 04-096 DFL<br><br>**(Proposed) ORDER**<br><br>Date: 11-17-05<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

**IT IS HEREBY ORDERED** that the sentencing hearing for Roberto Romero-Rosas, set for November 17, 2005, at 10:00 a.m. is hereby continued to Friday, November 18, 2005, at 11:00 a.m. Time is excluded from the Speedy Trial Act calculation from November 17, 2005, until November 18, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T2, for continuity of counsel.

DATED:　　　November 10, 2005

1
2
3
4   DAVID F. LEVI
    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28